

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3668 | **DATE** | 9/20/2002 |
| **CASE TITLE** | Oliver Holt, etc. vs. Q.C. Construction, Inc., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due ___.

(4) ☐ Ruling/Hearing on _____ set for ____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at ___ ___.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for ____ at ___.

(7) ☐ Trial[set for/re-set for] on ____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly the motion to dismiss is denied, and defendants are ordered to answer (not otherwise plead to) the Amended Complaint on or before September 30, 2002. In the meantime the previously-scheduled status hearing at 9 a.m. September 25 will remain in effect, and the parties' counsel are expected to appear at that time. (4-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | | Document Number |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | | |
| | No notices required. | | | number of notices | | |
| ✓ | Notices mailed by judge's staff. | | | SEP 23 2002 | | |
| | Notified counsel by telephone. | | | date docketed | | |
| | Docketing to mail notices. | | | docketing deputy initials | | |
| | Mail AO 450 form. | | | 9/20/2002 | | |
| | Copy to judge/magistrate judge. | | | date mailed notice | | |
| SN | courtroom deputy's initials | | Date/time received in central Clerk's Office | SN mailing deputy initials | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

SEP 2 3 2002

OLIVER HOLT, etc.,                    )
                                      )
              Plaintiff,              )
                                      )
       v.                             )     No.  02 C 3668
                                      )
Q.C. CONSTRUCTION, INC., et al.,      )
                                      )
              Defendants.             )

MEMORANDUM ORDER

Instead of filing an answer to the Fair Labor Standards Act
("Act") Complaint in this case, counsel for the three defendants
filed what is characterized as a Fed. R. Civ. P. ("Rule") 12
motion "to dismiss the complaint for failure to state a cause of
action." In those terms the motion is plainly improper, because
it goes beyond the Complaint to assert factual matters in the
form of an affidavit from co-defendant Phillip Livingston. That
factual submission could entitle this Court to convert the motion
into a Rule 56 motion for summary judgment (see the last sentence
of Rule 12(b)), but such treatment is appropriate only if the
exercise of sound discretion appears to call for such conversion.

As the response that has now been filed by plaintiff's
counsel demonstrates, that is simply not true here. There are
genuine issues of material fact as to whether defendants violated
the Act, and any attempt at such a threshold resolution of those
factual issues would not at all serve the interests of justice.
Moreover, plaintiff's counsel has joined the response to the

motion with the tender of an Amended Complaint--something that he has an absolute right to file under Rule 15(a).

Accordingly the motion to dismiss is denied, and defendants are ordered to answer (not otherwise plead to) the Amended Complaint on or before September 30, 2002.  In the meantime the previously-scheduled status hearing at 9 a.m. September 25 will remain in effect, and the parties' counsel are expected to appear at that time.

Milton I. Shadur
Senior United States District Judge

Date:  September 20, 2002

2